Dismissed and Memorandum Opinion filed May 26, 2005









Dismissed and Memorandum Opinion filed May 26, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00343-CV

____________

 

CHARLES R.
CRUSE, Appellant

 

V.

 

DEAN LAWTHER
LTD d/b/a KILGORE=S CLEAR LAKE LUMBER, Appellee

 



 

On Appeal from the
10th District Court

Galveston
County, Texas

Trial Court Cause No.
02CV0726

 



 

M E M O R A N D U M  O P I N I O N








This is an appeal from a judgment signed February 24,
2005.  The notice of appeal was filed on
March 24, 2005.  To date, our records
show that appellant has neither established indigence nor  paid the $125.00 appellate filing fee.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent);Tex.
R. App. P. 20.1 (listing requirements for establishing indigence); see also Order Regarding Fees Charged in Civil Cases in the Supreme Court
and the Courts of Appeals, Misc. Docket No. 98-9120 (Tex. Jul. 21, 1998)
(listing fees in court of appeals); Tex.
Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond, and the filing fee
remains unpaid.  

In addition, no clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  On April 27, 2005,
notification was transmitted to all parties of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellant did not respond, and no clerk=s record has been filed.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time); Tex. R. App. P.
37.3(b) (allowing dismissal when no clerk=s record is filed due to appellant=s fault).  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 26, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.